FILED ___ LODGED ___ RECEIVED
JAN 18 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Johnson, David, A.,

Plaintiff(s),

v.

Woodland Police Department, Police chief James Kelly, Police officer Brent Murray in his official and individual capacity; Clark County sheriff deputy sheriff Shane Joachim in his official and individual capacity

Defendant(s).

CASE NO. 3:23CV5046BHS
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes ☐ No

$402.— paid 73000108

## I.  THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Johnson, David, A.
Street Address: 167 West Christy CT.
City and County: Yacolt, Clark County
State and Zip Code: Washington 98675
Telephone Number: 360-356-5293

COMPLAINT FOR A CIVIL CASE - 1

1  B.    Defendant(s)

2  *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

3

4

   Defendant No. 1

5
   Name              Clark County Sheriff
6  Job or Title (if known)   Clark County Sheriff
7  Street Address    707 West 13th Street
   City and County   Vancouver, Clark County
8  State and Zip Code   Washington 98666
9  Telephone Number  564-397-2211

10

   Defendant No. 2

11
   Name              Shane Joachim
12 Job or Title (if known)   Deputy Sheriff
13 Street Address    707 West 13th Street
   City and County   Vancouver, Clark County
14 State and Zip Code   Washington 98666
15 Telephone Number  564-397-2211

16

   Defendant No. 3

17
   Name              Woodland Police Department
18 Job or Title (if known)   Police Department
19 Street Address    200 East Scott Ave
   City and County   Woodland, Cowlitz County
20 State and Zip Code   Washington 98674
21 Telephone Number  360-225-6965

22 Defendant
   James Kelly
23 Police Chief
   200 East Scott Ave
24 Woodland, Cowlitz County
   Washington 98674
   360-225-6965

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

Name: Brent Murray
Job or Title (if known): Police officer
Street Address: 200 East Scott Ave.
City and County: Woodland, Cowlitz
State and Zip Code: Washington, 98674
Telephone Number: 360-225-6965

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*select all that apply*)

☒ Federal question:
   If checked complete section A.

☐ Diversity of citizenship:
   If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

Violation of 4th and 14th Amendment deprivation of Liberty, Excessive use of force, gross negligence and reckless endangerment, False imprisonment, unlawful arrest, intentional infliction emotional distress, Assault, Battery, Negligence Per se, Failure to train, willful and wanton Negligent hiring, retention and lack of supervision, lack of Jurisdiction

COMPLAINT FOR A CIVIL CASE - 3

B.   If the Basis for Jurisdiction Is Diversity of Citizenship

    1.   The Plaintiff(s)

        a.   If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.   If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2.   The Defendant(s)

        a.   If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.   If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT FOR A CIVIL CASE - 4

        3.    The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

## III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

6/14/2021; officer Murray shot plaintiff in his back with a Taser gun. Officer Joachim assisted in this action. Location: 167 W. Christy court Yacolt, Washington 98675. No probable cause for arrest, lack of jurisdiction, Excessive force, No warrant for arrest

## IV.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

4th Amendment violation: $250,000   perjury: $50,000
False arrest: $100,000   official misconduct: $50,000
False imprisonment: $250,000
Excessive use of force: $750,000
Assault and Battery: $100,000
Deprivation of liberty: $250,000
Violation of oath of office: $50,000

## V.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/18/2023

Signature of Plaintiff: *David Johnson*

Printed Name of Plaintiff: David Johnson

Date of signing: 

Signature of Plaintiff 

Printed Name of Plaintiff 

Date of signing: 

Signature of Plaintiff 

Printed Name of Plaintiff 

COMPLAINT FOR A CIVIL CASE - 6