IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

**Honorable Judge: <u>Benjamin H. Settle</u>**

| | |
|---|---|
| David A. Johnson | ) **NO. <u>323CV5046BHS</u>** |
| Plaintiff, | )**Motion for Default; Default Judgment** |
| Vs. | ) |
| Clark County and Cowlitz County, | ) |
| Police Officer Brent Murray in his | ) |
| Official and individual capacity, | ) |
| Police Chief James Kelly, Clark County | ) |
| Sheriff Department, Deputy Sheriff Shane | ) |
| Joachim in his official and individual | ) |
| capacity, | ) Noting Date March 31, 2023 |
| Defendants. | ) |
| _____ | ) _____ |

As stated in the Federal Rules of Civil Procedure, Rule 55, Default; Default Judgment and Rule 4 Summons I, David A. Johnson, Plaintiff in this case, am making the motion for default judgment against Defendant Shane Joachim. Said defendant was legally served with the summons and complaint on 2/16/2023 and as of the date of 3/16/2023 said defendant has failed to respond to the summons and complaint. This Motion is in compliance with LCR 7.

Dated March 16, 2023

*David A. Johnson*

David A. Johnson
167 W. Christy Court
Yacolt, Washington, 98675
360-356-5293
Email: davjohn169@gmail.com